UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIYA LATCHMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>    Defendant. | Case No. 21-cv-09619-RS<br><br>**ORDER GRANTING MOTION TO STAY** |

Pursuant to Civil Local Rule 7-1(b), defendant's motion to stay this action pending completion of the contractually mandated binding arbitration of plaintiff's claim for uninsured motorist benefits is suitable for disposition without oral argument, and the hearing set for February 24, 2022, is vacated. Plaintiff has filed no opposition to the motion, and it appears well taken. The motion is granted, and this action is hereby stayed. The Clerk is directed to close the file for administrative purposes. If it ever becomes appropriate to do so, plaintiff may have the matter reopened by filing and serving notice that the arbitration proceeding has been concluded by way of a final arbitration award or settlement. In the event such a notice is filed, a Case Management Conference will be set at that juncture.

**IT IS SO ORDERED**.

Dated: February 15, 2022

_____
RICHARD SEEBORG
Chief United States District Judge